IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | Criminal Action No. 06- 121-SLR |
| | ) | |
| GARY MIN, a.k.a. | ) | |
| YONGGANG MIN, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and and hereby moves this Honorable Court to seal the Felony Information and and related file in the above-captioned case.

Respectfully Submitted,

_____
COLM F. CONNOLLY
UNITED STATES ATTORNEY

Dated:  November 6, 2006

**IT IS SO ORDERED** this ___6th___ day of ___November___, 2006, that the Felony Information and file in the above-captioned case shall remain under seal until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE