

**U.S. Department of Justice**

United States Attorney
District of Delaware

1007 Orange Street, Suite 700     (302) 573-6277
P.O. Box 2046     FAX (302) 573-6125
Wilmington, Delaware 19899-2046

November 6, 2006

**FILED UNDER SEAL**

Clerk, U.S. District Court
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Room 6325
Wilmington, Delaware 19801

CR06-121-SLR

    Re:     <u>United States v. Gary Min, a.k.a. Yonggong Min</u>

Dear Clerk of the Court:

    The government filed today under seal a Felony Information and Memorandum of Plea Agreement in the above-captioned case. I have been informed by Chief Judge Robinson's chambers that she is handling the case and that she has scheduled a guilty plea hearing under seal on Monday, November 13, 2006 at 10:00 a.m.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

CFC:taj
Enclosures

cc:     Michael M. Mustokoff, Esquire