IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  **FILED UNDER SEAL** |
| | ) |
| v. | )  Criminal Action No. 06- 121 |
| | ) |
| GARY MIN, a.k.a. | ) |
| YONGGANG Min, | ) |
| | ) |
| Defendant. | ) |

## FELONY INFORMATION

### Count I

From in or about August 2005 to on or about February 2, 2006, in the District of Delaware and elsewhere, the defendant, Gary Min, a.k.a. Yonggang Min, with the intent to convert trade secrets belonging to E.I. Du Pont de Nemours and Company ("Du Pont"), to the economic benefit of someone other than Du Pont, which trade secrets are related to and included in products that are produced for and placed in interstate and foreign commerce, did without authorization appropriate and download trade secrets belonging to Du Pont and possess such trade secrets, knowing them to have been appropriated without authorization, and attempt to do so, intending and knowing that his acts would injure Du Pont, all in violation of Title 18, United States Code, Section 1832(a).

COLM F. CONNOLLY
United States Attorney

Dated: November 6, 2006