IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-121-SLR |
| | ) |
| GARY MIN, | ) |
| | ) **SEALED CASE** |
| Defendant. | ) |

## O R D E R

At Wilmington this 6th day of November, 2006, having been advised by counsel that defendant intends to enter a plea of guilty to the information filed against him;

IT IS ORDERED that a plea hearing is scheduled for **Monday, November 13, 2006** at **10:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge