AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    DELAWARE

USA

V.

GARY MIN

**EXHIBIT AND WITNESS LIST**

Case Number: 06-121-SLR

| PRESIDING JUDGE<br>Sue L. Robinson | PLAINTIFF'S ATTORNEY<br>Colm Connolly, Esq. | DEFENDANT'S ATTORNEY<br>Michael Mustokoff, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>Plea Hearing: 11/13/06 | COURT REPORTER<br>V. Gunning | COURTROOM DEPUTY<br>Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Govt. | Ex 1 | 11/13/06 | | YES | Government's Extended Rule 11 Proffer |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages