IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-121-SLR |
| ) | |
| GARY MIN, a.k.a. ) | |
| YONGGANG MIN, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves this Honorable Court to unseal the entire file in the above-captioned case. Counsel for the defendant does not oppose this motion.

Respectfully Submitted,

_____
COLM F. CONNOLLY
UNITED STATES ATTORNEY

Dated: February 14, 2007

**IT IS SO ORDERED** this ___14th___ day of ___February___, 2007, that the entire file in the above-captioned case is hereby unsealed.

_____
SUE L. ROBINSON
CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on February 14, 2007, I served the foregoing:

**MOTION FOR AND ORDER TO UNSEAL**

by causing two copies of said document to be served on counsel of record First Class Mail as follows:

>Michael M. Mustokoff, Esquire
>Duane Morris LLP
>30 South 17th Street
>Philadelphia, PA 19103-7396

*Theresa A. Jordan*

