IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                      ) | |
|        Plaintiff,    ) | |
|                      ) | |
| v.    ) | Criminal Action No. 06-121-SLR |
|                      ) | |
| GARY MIN, a.k.a.    ) | |
| YONGGANG MIN,    ) | |
|                      ) | |
|        Defendant.    ) | |

## MOTION TO CONTINUE SENTENCING

**NOW COMES** the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves for a continuance of the March 29, 2007 sentencing date in the above-captioned case. Counsel for the defendant does not oppose this motion.

Respectfully Submitted,

_____
COLM F. CONNOLLY
UNITED STATES ATTORNEY

Dated: February 21, 2007

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on February 21, 2007, I served the foregoing:

**MOTION TO CONTINUE SENTENCING**

by causing two copies of said document to be served on counsel of record by facsimile & First Class Mail as follows:

>Michael M. Mustokoff, Esquire
>Duane Morris LLP
>30 South 17th Street
>Philadelphia, PA 19103-7396

_____
Theresa A. Jordan