IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-121-SLR |
| | ) |
| GARY MIN, a.k.a. | ) |
| YONGGANG Min, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

**NOW COMES** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves for an additional 60-day continuance of the May 10, 2007 sentencing date in the above-captioned case. Counsel for the defense joins in this request.

Respectfully submitted,

_____
COLM F. CONNOLLY
United States Attorney

Dated: April 3, 2007

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on April 3, 2007, I served the foregoing:

**MOTION TO CONTINUE SENTENCING**

by causing two copies of said document to be served on counsel of record by facsimile and First Class Mail as follows:

> Michael M. Mustokoff
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103-4196

_Theresa A. Jordan_
Theresa A. Jordan