IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-121-SLR |
| | ) | |
| GARY MIN, a.k.a. | ) | |
| YONGGANG Min, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE SENTENCING

**NOW COMES** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves for an additional 60-day continuance of the July 26, 2007 sentencing date in the above-captioned case. Counsel for the defense joins in this request.

    Respectfully submitted,

    /s/ Colm F.Connolly
    Colm F. Connolly
    United States Attorney

Dated: June14, 2007

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on June 14, 2007, I served the foregoing:

**MOTION TO CONTINUE SENTENCING**

by causing two copies of said document to be served on counsel of record by facsimile and First Class Mail as follows:

>Michael M. Mustokoff
>Duane Morris LLP
>30 South 17th Street
>Philadelphia, PA 19103-4196

*Theresa A. Jordan*
Theresa A. Jordan