IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-121-SLR |
| ) | |
| GARY MIN, a.k.a. ) | |
| YONGGANG Min, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, as co-counsel in the above-captioned case. Colm. F. Connolly, United States Attorney for the District of Delaware, will continue to serve as lead counsel on the matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x133

Dated: September 11, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-121-SLR |
| | ) |
| GARY MIN, a.k.a. | ) |
| YONGGANG Min, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, District of Delaware, hereby certify that on the 11th day of September 2007, I served the foregoing:

**Entry of Appearance**

by causing two copies of said document to be served on counsel of records by facsimile and First Class Mail as follows:

> Michael M. Mustokoff
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103-4196

_____
Sherry Kaminski