IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                           )<br>            Plaintiff,                            )<br>                                                           )<br>    v.                                                  )      Criminal Action No. 06-121-SLR<br>                                                           )<br>GARY MIN, a.k.a.                              )<br>YONGGANG Min,                              )<br>                                                           )<br>            Defendant.                        )| |

### JOINT MOTION TO CONTINUE SENTENCING

**NOW COMES** the defendant, Gary Min, by and through his attorney Michael M. Mustokof, Esq., and the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney, and hereby move to continue the sentencing hearing in the above-captioned matter from October 18, 2007, until Tuesday, November 6, 2007, at 4:30 p.m. The parties respectfully request that the previous sentencing date of October 18, 2007, at 4:30 p.m. be converted into a status conference.

Respectfully submitted,

/s/ Michael M. Mustokoff
Michael M. Mustokoff
Attorney for Defendant Gary Min

/s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: September 11, 2007

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on September 11, 2007, I served the foregoing:

**MOTION TO CONTINUE SENTENCING**

by causing two copies of said document to be served on counsel of record by facsimile and First Class Mail as follows

>Michael M. Mustokoff
>Duane Morris LLP
>30 South 17th Street
>Philadelphia, PA 19103-4196

_____
Sherry Kaminski