IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-121-SLR |
| ) | |
| GARY MIN, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 12th day of September, 2007, having considered the joint motion to continue sentencing;

IT IS ORDERED that:

1. Said motion (D.I. 21) is **granted**. The sentencing of defendant scheduled for **October 18, 2007** is **cancelled** and **rescheduled** to commence on **Tuesday, November 6, 2007** at **4:30 p.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections should **not** be filed with the court.[1]

---

[1] All filings and correspondence presented to the court will be docketed and ailable electronically, unless filed under seal. The court will not review respondence and filings for redaction. Therefore, it is the sole responsibility of insel and the parties to be certain that all documents comply with the rules of this rt and the Judicial Conference requiring redaction of personal data identifiers and sitive information.

3. Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

IT IS FURTHER ORDERED that a telephonic status conference to discuss sentencing issues is scheduled for **Thursday, October 18, 2007 at 4:30 p.m.**, with the court initiating said call.

_____
United States District Judge