## Utility Events

1:06-cr-00121-SLR USA v. Min



**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 10/17/2007 at 11:00 AM EDT and filed on 10/17/2007
**Case Name:**         USA v. Min
**Case Number:**       1:06-cr-121
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Set/Reset Hearings as to Gary Min: Conference reset for 10/18/2007 04:00 PM before Honorable Sue L. Robinson. (fmt)


**1:06-cr-121-1 Notice has been electronically mailed to:**

Colm F. Connolly  colm.connolly@usdoj.gov, theresa.jordan@usdoj.gov, usade.ecf@usdoj.gov
Robert F. Kravetz  robert.kravetz@usdoj.gov, sherry.kaminski@usdoj.gov, usade.ecf@usdoj.gov

**1:06-cr-121-1 Notice has been delivered by other means to:**

Michael Mustokoff
30 South 17th Street
Philadelphia, PA 19103

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
OFFICIAL BUSINESS

06 CR 121





Michael Mustokoff
30 South 17th Street
Philadelphia, PA 19103

NIXIE          191  DC 1       00 10/
         RETURN TO SENDER
      INSUFFICIENT ADDRESS
         UNABLE TO FORWARD

BC: 19801357099     *1527-02507-